UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* CAMILLE STACKHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST WOUND & SKIN CARE, INC.<br><br>Defendant. | CASE NO. 1:24-cv-01445-JLT-EPG<br><br>ORDER RE: THE UNITED STATES' NOTICE OF DECLINATION<br><br>(ECF No. 12) |

Camille Stackhouse filed this *qui tam* action on November 26, 2024. (ECF No. 1). On February 17, 2026, the United States filed a notice declining to intervene. (ECF No. 12). Within this filing, the United States asks that certain filings be unsealed and that others remain sealed:

> [T]he Government requests that Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

(ECF No. 12, p. 2).

In light of the notice, IT IS ORDERED as follows:

1. This Order, and all future filings, shall not be filed under seal unless the Court orders otherwise or the party seeking leave to file a sealed document follows the Court's requirements to obtain permission to file a sealed document. *See* Local Rule 141.

2. This Order, and all future orders, shall be served on the parties listed on the docket through the Court's normal electronic notification system.

3.  The Clerk of Court shall unseal the complaint (ECF No. 1) and Camille Stackhouse shall serve the complaint upon Relator within 90 days and file an appropriate proof of service on the docket.

4.  The Clerk of Court shall unseal the notice declining to intervene filed by the United States. (ECF No. 12).

5.  The Court grants the United States's request that all other filings remain sealed in this case without prejudice to a party or the Court revisiting this issue.[1]

6.  The parties shall serve all filings in this action on the United States. *See* 31 U.S.C. § 3730(c)(3). Further, the United States "shall be supplied with copies of all deposition transcripts (at the Government's expense)." *Id.*  Lastly, if Camille Stackhouse "proceeds with the action, the court, without limiting the status and rights of the person initiating the action, *may* nevertheless permit the Government to intervene at a later date *upon a showing of good cause*." *Id.* (emphasis added).

7.  Under 31 U.S.C. § 3730(b)(1), this "action may be dismissed only if the [C]ourt and the Attorney General give written consent to the dismissal and their reasons for consenting."

IT IS SO ORDERED.

Dated:    **February 20, 2026**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[1] Any party may move to unseal the documents in this case in the future.

2